Louis Kontos, appellee, v. Mike Gagidis and Gust Gagidis, appellants. Gen. No. 38,572.

Opinion filed April 22, 1936.

Gilbert Nelson, for appellants. Paul V. Pallasch and Ewart Harris, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

George F. Kremm, appellee, v. William H. Gehl et al., defendants, on appeal of William H. Gehl, appellant. Gen. No. 38,639.

Opinion filed April 22, 1936.

John J. McMahon, for appellant; Ernest A. Eklund and John N. Thornburn, of counsel. No appearance for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

John C. Taylor, complainant, v. Carl Poch et al., defendants. Robert J. Watt, appellant, v. Howard K. Hurwith, appellee. Gen. No. 38,667.

Opinion filed April 22, 1936.

Cummings & Wyman, for appellant; Austin L. Wyman and Daniel P. Nagle of counsel. Daniel Bomchill, for appellee; Frank E. Reicin and Edward H. White, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.